IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| BRAD WAYNE KEATON | § | |
| VS. | § | CIVIL ACTION NO. 1:11cv639 |
| UNITED STATES OF AMERICA | § | |

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Brad Wayne Keaton, proceeding *pro se*, filed a motion seeking an extension of time to file a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. The Court referred the matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the matter be dismissed without prejudice for lack of subject-matter jurisdiction.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. No objections were filed.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED**. A final judgment will be entered in accordance with the Magistrate Judge's recommendation.

So **ORDERED** and **SIGNED** this **23** day of **January, 2012.**

_____
Ron Clark, United States District Judge